14407.002-A112

PETER A. DAVIDSON, SBN 76194
MOLDO DAVIDSON FRAIOLI
SEROR & SESTANOVICH LLP
2029 CENTURY PARK EAST, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel: 310\ 551-3100
Fax: 310\ 551-0238
pdavidson@mdfslaw.com

JS-6

Attorneys for Edythe L. Bronston
Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDYTHE L. BRONSTON, RECEIVER FOR J.W. JAMES & ASSOCIATES; J.W. JAMES BORROWING ENTITY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAMES COFER, JR.,<br><br>Defendant. | CASE NO.: 2:07-cv-05355-FMC (FFMx)<br><br>**ORDER ON**<br>**DISMISSAL OF COMPLAINT**<br>**PURSUANT TO F.R.C.P. 41(a)(1)(i)** |

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure (41(a)(1)(i)), Edythe L. Bronston, Receiver for J.W. James & Associates; J.W. Borrowing Entity, LLC, et al., the Plaintiff herein, hereby dismisses this action,

//
//
//
//

1
DISMISSAL OF COMPLAINT

86771.1  14407.00002

without prejudice, without Order of Court. The Defendant in this action has not served or filed an Answer or a motion for summary judgment. Therefore, dismissal without order of the Court is appropriate pursuant to Federal Rules of Civil Procedure 41(a)(1)(i).

**The default entered on January 15, 2008 as to defendant James Cofer, Jr. is hereby set aside. The case is dismissed without prejudice.**

IT IS SO ORDERED
DATED  June 23, 2008

_____
**FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE**